UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHIU LIN, in his individual and representative capacity as Trustee, Kuo & Chiu Lin Family Trust,<br><br>　　　　　Defendants. | No. 2:13-cv-01484-GEB-DAD<br><br>**ORDER TO SHOW CAUSE** |

The Final Pretrial Order filed on June 17, 2015, required the parties to file the following documents fifteen (15) court days prior to the trial commencement date: an agreed statement to be read to the jury during voir dire, jury instructions, proposed voir dire, a verdict form, and proposed findings of fact and conclusions of law concerning Plaintiff's request for injunctive relief. To date, these documents have not been filed.

Therefore, the parties are Ordered to Show Cause ("OSC") in a writing to be filed no later than 12:00 p.m. on August 14, 2015, why sanctions should not be imposed under Rule 16(f) of the Federal Rules of Civil Procedure for the failure to timely file these pretrial documents as ordered. Sanctions could include dismissal of the action and/or an issue preclusion order.

1

The written response shall state whether counsel or the client(s) are at fault and whether a hearing is requested on the OSC.[1]  If a hearing is requested, it will be held at 9:00 a.m. on August 24, 2015.

Further, the referenced trial documents shall be filed as soon as possible, but in any event, no later than 12:00 p.m. on August 19, 2015.

IT IS SO ORDERED.

Dated: August 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." In re Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. Myers v. Shekter (In re Hill), 775 F.2d 1385, 1387 (9th Cir. 1985).