UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>CHIU LIN, in his individual and representative capacity as Trustee, Kuo & Chiu Lin Family Trust,<br><br>            Defendant. | No. 2:13-cv-01484-GEB-DAD<br><br>**ORDER AMENDING THE FINAL PRETRIAL ORDER** |

In the parties' Joint OSC Response filed August 14, 2015, they state their joint "intent to proceed as a bench trial." (Joint OSC Resp. 2:3-4, ECF No. 32.) Therefore, the June 17, 2015 Final Pretrial Order is amended as follows:

**JURY/NON-JURY**

All issues shall be tried to the bench.

**PROPOSED FINDINGS AND CONCLUSIONS**

Since the case will be tried to the bench, jury instructions, proposed voir dire, and verdict forms are no longer necessary. Instead, each party shall submit proposed prevailing party findings of fact and conclusions of law no later than 12:00 p.m. on August 21, 2015. The failure to do so dismisses, waives, or abandons that party's claim(s) or defense(s).

1

1        Each party has leave to file no later than 12:00 p.m.
2   on August 21, 2015, a proposed opinion of sufficient substance to
3   reflect analysis of the tried claims and affirmative defenses to
4   support the party's proposed legal conclusions.

**TRIAL DATE**

6        Trial will commence at 9:00 a.m. on August 25, 2015.
7   Trial is held Tuesday, Wednesday, and Thursday of each week from
8   9:00 a.m. until approximately 4:30 p.m.
9        Opening statements are no longer necessary.
10  Dated:  August 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2