CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Mark Potter, Esq., SBN 166317
Mail: PO Box 262490
     San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
     San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
mark@potterhandy.com
     Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Kuo Lin**, in his individual and representative capacity as Trustee, Kuo & Chiu Lin Family Trust; **Chiu Lin**, in his individual and representative capacity as Trustee, Kuo & Chiu Lin Family Trust, <br><br> Defendants. | Case: 2:13-CV-01484-GEB-DAD <br><br> **JOINT Dated:  November 2, 2015** <br><br><br> **JUDGMENT AFTER TRIAL** <br><br> Honorable Judge Garland E. Burrell, Jr. |

Following the Court's ruling on October 14, 2015, the Court grants JUDGMENT in favor of plaintiff Scott Johnson and against defendant Chiu Lin, in her individual and representative capacity as Trustee, Kuo & Chiu Lin Family Trust, in the amount of $8,000.

Dated:   October 30, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge