CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | No. 2:13-cv-1484-GEB-DB |
| Plaintiff, | **REQUEST  FOR CONTIUNANCE OF DEBTOR'S EXAMINATION AND ORDER THEREON** |
| v. | |
| **Kuo Lin,** et al., | |
| Defendants. | |

1.  I, the undersigned, am an attorney licensed to practice law by the State Bar of California and admitted to the District Courts of California.  I am an attorney of record for the Plaintiff Scott Johnson and, in that capacity, I am familiar with this matter.

2.   The debtor examination for Chiu Lin is scheduled on 11/18/16. As Creditor had not been able to obtain effective service we are requesting a continuance to obtain service on the examinee.

3.  I request that this matter be continued for 90 days to allow us to obtain effective service and conduct the examination.

4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 20, 2016                    CENTER FOR DISABILITY ACCESS

                                            By: /s/ Dennis Price

                                            Dennis Price
                                            Attorneys for Plaintiff


## ORDER

Having read the foregoing request, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's November 14, 2016 motion to continue (ECF No. 64) is granted;

2. The Debtor Examination RE: Enforcement of Judgment of Chiu Lin is continued to February 17, 2017 at 9:30 am, on the 8th floor, in courtroom 27 of the court located at 501 I Street, Sacramento, CA 95814; and

3. Plaintiff shall serve a copy of this order on the debtor forthwith.

Dated:  November 22, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/johnson1484.cont.jde.ord